OPINION — AG — ** NEPOTISM — SCHOOL BOARD — TEACHER ** 21 O.S. 481 [21-481] DOES NOT MAKE IT UNLAWFUL FOR A SCHOOL DISTRICT TO EMPLOY A TEACHER WHO IS A FIRST COUSIN OF A MEMBER OF THE BOARD. ("COUSINS ARE RELATED IN THE FOURTH DEGREE" NEPOTISM, BOARD OF EDUCATION) CITE: 21 O.S. 481 [21-481], 70 O.S. 117 [70-117], 70 O.S. 189 [70-189], OPINION NO. NOVEMBER 9, 1928 — GOTCHER, 84 O.S. 221 [84-221] (FRED HANSEN)